UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESENIA NIEVES,

        Plaintiff,

    -versus-

1070 SOUTHERN DRUG LLC,

        Defendant.

20-CV-3203 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court received notice from the mediator that a mediation was held but was unsuccessful in resolving the case. Counsel shall confer and inform the Court by letter no later than August 20 how they propose to proceed.

**SO ORDERED.**

Dated:  August 12, 2020
        New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA, U.S.D.J.