UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YESENIA NIEVES,

        Plaintiff,

  -against-

1070 SOUTHERN DRUG LLC, et al.,

        Defendants.

No. 20-CV-3203 (LAP)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Counsel shall confer regarding the possibility of settlement and shall update the Court, by letter, no later than February 15, 2021 on the status. The parties shall delay taking depositions until reporting to the Court.

**SO ORDERED.**

Dated:  February 1, 2021
       New York, New York

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA, U.S.D.J.