UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESENIA NIEVES,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>1070 SOUTHERN DRUG LLC, et al.,<br><br>　　　　　　　　Defendants. | No. 20-CV-3203 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　The teleconference scheduled for October 5, 2021 at 9:00 a.m. is adjourned to 3:00 p.m. the same day.  For ease of reference, the dial-in is 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:　　October 4, 2021
　　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1