```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yesenia Nieves,

                Plaintiff,

-against-

1070 Southern Drug LLC and Catherine Parrille,

                Defendants.

1:20-cv-03203 (LAP) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This action has been referred to the undersigned for settlement. (*See* Order, ECF No. 51.) No later than Friday, December 10, 2021, the parties shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, a joint letter setting forth the parties' respective positions with respect to the disputed settlement terms. Thereafter, Judge Aaron will reach out to the parties regarding next steps.

SO ORDERED.

DATED:    New York, New York
                December 1, 2021

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge